**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Lloyd A. Casada, | ) | CASE NO. 1:17 CV 451 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Neil Turner, Warden | ) | **Memorandum of Opinion and Order** |
| | ) | |
| Respondent. | ) | |

### Introduction

This matter is before the Court upon the Report and Recommendation of Magistrate Judge James R. Knepp, II (Doc. 13) which recommends denial of the Petition for Writ of Habeas Corpus pending before the Court. Petitioner did not file objections to the recommendation. For the following reasons, the Report and Recommendation is ACCEPTED.

### Standard of Review

Rule 8(b) of the Rules Governing Section 2254 Cases in the United States District Courts provides, "The judge must determine *de novo* any proposed finding or recommendation to which objection is made.  The judge may accept, reject, or modify any proposed finding or recommendation."  When no objections have been filed this Court need

1

only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.  *See* Advisory Committee Notes 1983 Addition to Federal Rule of Civil Procedure 72.

### **Discussion**

Petitioner is incarcerated as a result of his plea of guilty in the Cuyahoga County Common Pleas Court.  The Petition for Writ of Habeas Corpus before this Court sets forth two grounds for relief asserting judicial bias and improper sentencing. The Magistrate Judge concluded that both grounds were procedurally defaulted given that petitioner failed to file a timely appeal of the Ohio appellate court decision to the Ohio Supreme Court.  Nor did petitioner show cause and prejudice to overcome the default. Alternatively, the Magistrate Judge examined the claims on the merits and found the first to be meritless and the second to be non-cognizable.

Having no objections, the Court has reviewed the Report and Recommendation and found no clear error.  Accordingly, it accepts the recommendation.

### **Conclusion**

For the reasons set forth herein and for the reasons set forth in the Magistrate Judge's Report and Recommendation, which is incorporated herein, the Petition for Writ of Habeas Corpus is denied. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
                                                United States District Court
                                                Chief Judge

Dated: 12/18/18